**William Eugene WEBB,**
**Plaintiff–Appellant,**

v.

**Kuma DEBOO, Defendant–Appellee.**

**No. 12–6904.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Nov. 6, 2012.

William Eugene Webb, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Eugene Webb appeals the district court's orders denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Webb v. Deboo,* No. 2:09–cv–00107–JPB–JES, 2012 WL 1067971 (N.D W.Va. Mar. 29 & May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*